# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2041

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Shelby Lamont Baccus, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  December 30, 2003

Filed:  January 6, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.


Shelby Baccus appeals the sentence the district court[1] imposed following revocation of his supervised release.  Having carefully reviewed the record, we conclude that Baccus's revocation sentence does not exceed the maximum prison term authorized by statute, is within the range recommended by the Sentencing

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

Guidelines policy statements, and does not reflect an abuse of discretion. <u>See</u> <u>United States v. Grimes</u>, 54 F.3d 489, 492 (8th Cir. 1995) (standard of review).

The judgment is affirmed. We grant counsel's motion to withdraw.

_____